**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| Plaintiff, : | Case No. 06-07 (WHW) |
| : | |
| v. : | |
| : | |
| **JONATHAN CHU** : | **ORDER** |
| : | |
| Defendant. : | |

This matter having been opened to the Court by application of the defendant Jonathan Chu by and through his attorneys Walder, Hayden & Brogan, P.A., (Kevin A. Buchan, Esq., appearing), on notice to Assistant United States Attorney Margaret Ann Mahoney, Esq., and the Court having considered papers submitted, oral argument, all fines having been paid and for good cause shown;

**IT IS ON THIS** 24th day of April 2012

**O R D E R E D** that the defendant's Motion to Terminate Supervised Release is hereby granted and defendant's supervised release is hereby terminated.

<u>s/ William H. Walls</u>
United States Senior District Judge